### No. 09-1156. Matrixx Initiatives, Inc., et al., Petitioners v. James Siracusano, et al.

562 U.S. 1090, 131 S. Ct. 812, 178 L. Ed. 2d 530, 2010 U.S. LEXIS 9547.

December 6, 2010. Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

### No. 10-5624. Stephen Murray Mitchell, Petitioner v. Juan Castillo, Warden.

562 U.S. 1090, 131 S. Ct. 812, 178 L. Ed. 2d 530, 2010 U.S. LEXIS 9472.

December 6, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

### No. 10-6799. Roy C. Hammond, Petitioner v. Tufamerica, Inc.

562 U.S. 1090, 131 S. Ct. 812, 178 L. Ed. 2d 530, 2010 U.S. LEXIS 9553.

December 6, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until December 27, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. Justice Sotomayor took no part in the consideration or decision of this motion.

### No. 10-174. American Electric Power Company, Inc., et al., Petitioners v. Connecticut, et al.

562 U.S. 1091, 131 S. Ct. 813, 178 L. Ed. 2d 530, 2010 U.S. LEXIS 9461.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 582 F.3d 309.

### No. 10-277. Wal-Mart Stores, Inc., Petitioner v. Betty Dukes, et al.

562 U.S. 1091, 131 S. Ct. 795, 178 L. Ed. 2d 530, 2010 U.S. LEXIS 9588.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted limited to Question I presented by the petition. In addition to Question I, the parties are directed to brief and argue the following question: "Whether the class certification ordered under Rule 23(b)(2) was consistent with Rule 23(a)."

Same case below, 603 F.3d 571.

### No. 09-11245. Alejandro Galan Del Carmen, aka Juan Lopez Hernandez, aka Alegandro C. Gala, aka Alejandro Galan Delcarmen, aka Alejandro Galan-Del Carmen, aka Alegandio Carmen Galan, aka Juan Hernandez-Lopez, Petitioner v. United States.

562 U.S. 1091, 131 S. Ct. 794, 178 L. Ed. 2d 530, 2010 U.S. LEXIS 9528.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 368 Fed. Appx. 615.